FILED

DEC 0 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

RECEIVED

DEC 0 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

Plaintiff's Name CARLOS HERRERA
Inmate No. H27866
Address KVSP C4-211
PO BOX 5103
DELANO, CA. 93216

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS HERRERA
(Name of Plaintiff)

1: 08 CV 01882 WMW PC
(Case Number)

vs.

(KVSP 6/07 A.W. HEALTH CARE SERVICES) C. HALL, G. MOONGA, S. ZAMORA DR. TURELLA, DR. PENNER DR. LOPEZ, L. BLUFORD, N. GRANNIS, (HEALTH CARE MANAGER, JUNE 2005 N. FOLSOM)
(Names of all Defendants)

COMPLAINT

Civil Rights Act, 42 U.S.C. § 1983

I. Previous Lawsuits (list all other previous or pending lawsuits on back of this form):

A. Have you brought any other lawsuits while a prisoner? Yes ✓ No __

B. If your answer to A is yes, how many? ONE (1)
Describe previous or pending lawsuits in the space below.
(If more than one, use back of paper to continue outlining all lawsuits.)

1. Parties to this previous lawsuit:

Plaintiff CARLOS HERRERA

Defendants (WARDEN) SMITH, VAN ZANT, PHILLIPS, VILLAREAL, JENNINGS, WILKINSON

2. Court (if Federal Court, give name of District; if State Court, give name of County)
KINGS COUNTY, FEDERAL, EASTERN DISTRICT

3. Docket Number UNAVAILABLE
4. Assigned Judge UNAVAILABLE

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
DISMISSED

6. Filing date (approx.) MAY 1995
7. Disposition date (approx.) MAY 1998

II. Exhaustion of Administrative Remedies

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes \ No__

B. Have you filed an appeal or grievance concerning ALL of the facts contained in this complaint?

Yes \ No__

If your answer is no, explain why not____________________

C. Is the process completed?

Yes \ If your answer is yes, briefly explain what happened at each level.

FIRST LEVEL: PARTIALLY GRANTED

SECOND LEVEL: PARTIALLY GRANTED

DIRECTOR REVIEW: DENIED

(WHOLE PROCESS IS ATTACHED) EXHIBIT F

No__ If your answer is no, explain why not.

NOTICE: Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). If there is an inmate appeal or administrative remedy process available at your institution, you may not file an action under Section 1983, or any other federal law, until you have first completed (exhausted) the process available at your institution. You are required to complete (exhaust) the inmate appeal or administrative remedy process before filing suit, regardless of the relief offered by the process. Booth v. Churner, 532 U.S. 731, 741 (2001); McKinney v. Carey, 311 F.3d 1198, 1999 (9th Cir. 2002). **Even if you are seeking only money damages and the inmate appeal or administrative remedy process does not provide money, you must exhaust the process before filing suit.** Booth, 532 U.S. at 734.

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant S. LOPEZ is employed as CHIEF MEDICAL OFFICER, DOCTER at KERN VALLEY STATE PRISON, CALIFORNIA

B. Additional defendants DOCTORS - TURELLA, PENNER, - NEW FOLSOM PRISON - CALIFORNIA / N. GRANNIS · CHIEF INMATE APPEALS · SACRAMENTO / L. BLUFORD - REGIONAL MEDICAL APPEALS ANALYST · KERN VALLEY STATE PRISON / HEALTH CARE MANAGER · NEW FOLSOM STATE PRISON

IV. Statement of Claim ON JUNE 2005 -

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

ACCORDING TO HEPATITIS C CLINICAL MANAGEMENT PROGRAM THAT WAS IN PLACE MARCH 2004 - APRIL 7/2008 INVOLVED 3 PHASES. PHASE (1) INFORMED PETITIONER OF HIS POSITIVE HEPATITIS C TEST RESULTS. ITEM 3 STATES THAT AN INMATE VACCINATION AGAINST HEPATITIS A/AND/OR/B SHALL BE COMPLETED NO LATER THAN 6 MONTHS, AFTER THE START OF PHASE II. PHASE I ENDED AND PHASE II BEGAN WHEN PETITIONER WAS INFORMED OF HIS POSITIVE HCV TEST RESULTS. PETITIONER WAS INFORMED OF HIS POSITIVE HCV TEST RESULTS IN FEB. 2003. PETITIONERS VACCINATION AGAINST HEPATITIS A/B BEGAN ON 10/25/06 AND ENDED ON 4/25/07. IT TOOK 4 YEARS TO COMPLETE THE VACCINATION. PHASE II ITEM 8 (EXHIBIT A) STATES INMATE - PATIENTS 45 YEARS OLD OR

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

(1) INJUNCTION ALLOWING PLAINTIFF TO RECEIVE HEPATITIS C COMBINATION THERAPY (2) INJUNCTION ALLOWING ANY INMATE AT KERN VALLEY PRISON WITH HEPATITIS C AND ARE NOT EXCLUDED FROM TREATMENT BY NEW (CDC) CLINICAL MANAGEMENT PROGRAM EXCLUSION CRITERIA 4/7/2008 TO RECEIVE COMBINATION THERAPY IF THEY CHOOSE (3) GRANT PLAINTIFF JURY TRIAL AND APPOINTMENT OF ATTORNEY (4) GRANT PLAINTIFF $700,000.00 COMPENSATORY DAMAGES AND $1,000,000.00 PUNITIVE DAMAGES FROM DEFENDANTS IN THEIR INDIVIDUAL CAPACITY.

I declare under penalty of perjury that the foregoing is true and correct.

Date 11/12/08

Signature of Plaintiff Carlos Herrera

(revised 9/17/03)

YOUNGER WITH (ALT) SERUM ALANINE AMINOTRANSFERASE LEVELS ELEVATED TO LESS THAN TWO (2) TIMES NORMAL LABORATORY VALUES FOR ALL THREE (3) CONSECUTIVE ALT TESTS PERFORMED AS REQUIRED IN PHASE II, ITEM 7, ARE NOT ELIGIBLE FOR COMBINATION THERAPY.

PLEASE TAKE NOTICE, ITEM 8, STATES ALT LEVELS ELEVATED TO LESS THAN TWO (2) TIMES NORMAL LABORATORY VALUES FOR ALL THREE (3) CONSECUTIVE ALT TEST. ITEM 8 STATES "ALL THREE (3) CONSECUTIVE ALT TESTS, NOT, ONE OF THREE TESTS, DEEM PATIENT NOT ELIGIBLE FOR THERAPY.

PETITIONER TOOK TWO SERIES OF TEST. 11/16/05 ALT 192, 12/21/05/ ALT 99, 1/10/06 ALT 159, THEN ON 7/25/07 ALT 140, 8/23/07 ALT 103, 9/21/07 ALT 114.

THE NORMAL LABORATORY VALUE ITEM 8 SPEAKS OF IS ALT OF 60. TWICE NORMAL 120. THE PETITIONERS TEST SERIES CLEARLY SHOW THAT ON 11/16/05 ALT 192, 1/10/06 ALT 159, 7/25/07 ALT 140. PETITIONER SHOULD NOT HAVE BEEN EXCLUDED FROM COMBINATION THERAPY ACCORDING TO CLINICAL MANAGEMENT PROGRAM. (EXHIBIT B)

PHASE II ITEM 9 STATES THAT INMATE-PATIENTS OLDER THAN 45 YEARS OF AGE DO NOT REQUIRE ELEVATED ALT LEVELS TO BE CONSIDERED FOR LIVER BIOPSY. PETITIONER HAS ROUTINELY REQUESTED A LIVER BIOPSY. (EXHIBIT C) BUT WAS CONTINUALLY DENIED BASED ON HIS AGE. THIS IS AN UNCONSTITUTIONAL BLANKET POLICY.

PHASE II ITEM 13 (EXHIBIT A) STATES THE INMATE NOT ELIGIBLE FOR COMBINATION THERAPY SHALL HAVE THIS DECISION THOROUGHLY DISCUSSED WITH THEM BY THE PCP. THE DISCUSSION OF INELIGIBILITY SHALL BE

DOCUMENTED IN THE UNIT HEALTH RECORD (UHR). PHASE II ITEM 16 STATES ONCE COUNSELING HAS BEEN PROVIDED, DOCUMENTATION OF THE DISCUSSION SHALL BE RECORDED IN THE UHR. NEITHER ITEM 13 OR 16 WERE COMPLIED WITH. WHICH FURTHER SHOWS (EXHIBIT A) ACCORDING TO PHASE II ITEM 21, PHASE II SHOULD BE COMPLETED IN 2 MONTHS. PETITIONER HAS BEEN TRAPPED IN PHASE II FOR 3 YEARS.

PETITIONER CONTINUALLY REQUESTED COMBINATION TREATMENT AND A BIOPSY FROM 5/5/04 — 10/25/08 (EX. C) BUT WAS DENIED BY DOCTORS TURELLA, PENNER, LOPEZ. THESE THREE DENIED PETITIONER TREATMENT. DOCTORS PENNER AND LOPEZ BASED THEIR DENIAL ON REPORTS IN PETITIONERS MEDICAL FILE. THESE REPORTS STATE THAT PETITIONER HAS A HISTORY OF SCHIZOPHRENIA, DRUG, ALCOHOL USE, ANEMIA AND HYPOTHYROIDISM, AMONG OTHER THINGS. (EXHIBIT D)

IF THESE REPORTS WERE TRUE PETITIONER WOULD BE EXCLUDED FROM COMBINATION THERAPY, ACCORDING TO CDC HEP C CLINICAL MANAGEMENT PROGRAM EXCLUSION CRITERIA FOR COMBINATION THERAPY WHICH PETITIONER WAS UNDER BETWEEN 3/2004 - 4/2/2008 (EXHIBIT E)

BUT UPON CLOSER EXAMINATION BY PETITIONER REVIEWING HIS MEDICAL FILE IT IS CLEAR THAT THESE REPORTS BELONG TO ANOTHER INMATE. (EXHIBIT D) THESE REPORTS BEING FALSELY PLACED IN PETITIONERS MEDICAL FILE IS ANOTHER REASON WHY PETITIONER HAS BEEN WRONGFULLY DENIED TREATMENT.

PETITIONER HAS FILED AN ADMINISTRATIVE APPEAL FOR HIS BEING DENIED TREATMENT. IN HIS APPEAL WHICH BEGAN ON 4/25/07 AND ENDED ON 4/29/08. (EXHIBIT F)

PETITIONER WAS DENIED TREATMENT ON APPEAL BY L. BLUFORD, REGIONAL MEDICAL APPEALS ANALYIST AND N. GRANNIS, CHIEF INMATE APPEALS BRANCH.

EACH ONE DENIED PETITIONER TREATMENT IN HIS OR HER OWN WAY. L. BLUFORD DENIED PETITIONER ON 6/26/07. BLUFORD LIED AND MISLED PETITIONER BY STATING THAT IF PETITIONER RECEIVED THE HEP. C TREATMENT HE WOULD DIE.

PETITIONER WAS FINALLY DENIED TREATMENT BY C. HALL AND N. GRANNIS ON 4/29/08. ON 4/29/08 CDC WAS UNDER A NEW INMATE MEDICAL SERVICES POLICY AND PROCEDURES, REVISED 4/7/08 ACCORDING TO THIS PROCEDURE, NEW EXCLUSION CRITERIA FOR THERAPY (EXHIBIT G) PETITIONER QUALIFIES FOR TREATMENT.

FURTHERMORE, ACCORDING TO THE NEW INMATE MEDICAL POLICIES PAGE 12, 13 (EXHIBIT H) PRETREATMENT EVALUATION FOR HCV TREATMENT 7) iv) PERSONS WITH GENOTYPE 1 HAVE A 46% RESPONSE RATE TO COMBINATION THERAPY IF HCV VIRAL LOAD IS >2,000,000 AND A 61% RESPONSE RATE IF HCV VIRAL LOAD IS < 2,000,000.

PETITIONER IS GENOTYPE 1. PETITIONER BEGAN REQUESTING TREATMENT ON 5/5/04 WHEN MY

VIRAL LOAD WAS BETWEEN 117,100 AND 255,200. (EXHIBIT I) PETITIONER CONTINUED TO REQUEST TREATMENT ALL THE WAY TO PRESENT. IF DOCTORS TURELLA, PENNER, LOPEZ WOULD HAVE GIVEN PETITIONER TREATMENT WHEN IT WAS REQUESTED PETITIONER WOULD OF HAD A 61% RESPONSE RATE SINCE HIS VIRAL LOAD WAS <2,000,000. SINCE DR'S LOPEZ, TURELLA, PENNER DENIED PETITIONER TREATMENT NOW AS OF 10/30/06 MY VIRAL LOAD IS 4,270,000. THIS MEANS PETITIONER ONLY HAS A 46% RESPONSE RATE TO THERAPY SINCE PETITIONERS HCV VIRAL LOAD IS >2,000,000, THATS IF PETITIONER WERE TO RECEIVE TREATMENT. THIS HCV IS A SERIOUS MEDICAL NEED. A LAY PERSON WOULD EASILY RECOGNISE THE NECESSITY FOR TREATMENT. THIS INSTANT CASE OF HCV IS ONE THAT IF LEFT UNATTENDED, AS IS THE CASE, POSES A SUBSTANTIAL RISK OF SERIOUS HARM.

LASTLY THE HEALTH CARE MANAGER WHO PLACED ANOTHER INMATES REPORTS INTO PETITIONERS FILE IN JUNE 2005. NAME IS UNKNOWN, BUT WORKED AT NEW FOLSOM STATE PRISON AS HEALTH CARE MANAGER IN JUNE 2005.

ALL DEFENDANTS HAVE VIOLATED PLAINTIFFS U.S. CONSTITUTIONAL RIGHTS BY DENYING TREATMENT AND CAUSING SEVERE INJURY TO PLAINTIFF PHYSICALLY, EMOTIONALLY. THEY HAVE SHOWED DELIBERATE INDIFFERENCE TO PLAINTIFFS SERIOUS MEDICAL NEED WHICH CAUSED INJURY TO PLAINTIFFS LIVER THAT IS IRREPARABLE. THEY HAVE SHOWED A PATTERN OF CALLOUS INDIFFERENCE TO PLAINTIFFS RIGHTS. AS A RESULT OF THEIR ABUSE THEY HAVE SHORTENED PLAINTIFFS LIFE BY MANY YEARS, DUE TO DAMAGED LIVER AND KIDNEYS.

IN ADDITION, ASSOCIATE WARDEN, HEALTH CARE SERVICES, WHICH WORK AT KERN VALLEY STATE PRISON ON 6/28/07 APPROVED AND SIGNED DEFENDANTS L. BLUFORDS STATEMENT TO DENY PETITIONER HEPATITIS C TREATMENT ON 6/28/07.

DEFENDANTS GREEN MOONGA AND S. ZAMORA ALSO DENIED PETITIONER TREATMENT FOR HIS HEPATITIS DURING HIS ADMINISTRATIVE APPEAL TO RECEIVE HCV TREATMENT.

ALL THREE DEFENDANTS DENIED PETITIONER TREATMENT AND SIGNED 602 APPEAL. (EXHIBIT F)

# EXHIBIT A

# Hepatitis C Clinical Management Program

## I. POLICY

The Health Care Services Division shall operate a Hepatitis C (HCV) Clinical Management Program that ensures delivery of appropriate clinical services by an interdisciplinary team for the diagnosis and management of chronic HCV. A system of data management and reporting will be maintained to assist in clinical, administrative, and quality management decisions.

## II. PURPOSE

The California Department of Corrections HCV Clinical Management Program ensures a consistent, appropriate, effective, and efficient approach to the clinical management of persons infected with HCV.

## III. PROCEDURE

### A. *Phase I: Screening and Initial Diagnosis (See Attachment I)*

1. HCV Screening will be provided to all inmate-patients who request it, and offered to all inmate-patients who have a history of intravenous drug use or other risk factors for, or clinical findings compatible with, HCV. Each of these inmate-patients shall receive the Hepatitis C Patient Information Handout. See Attachment A. A copayment will not be incurred for the initial request to be tested for HCV.

2. All inmate-patients who request, or who are offered and agree to screening shall have a hepatitis panel and liver function tests obtained.

3. All inmate-patients found to have the antibody to HCV shall have the viral presence checked by the qualitative polymerase chain reaction (PCR) test followed by a reflex quantitative test if positive (HCV RNA, PCR Qual w/Rfx). A repeat ALT level shall be obtained one month after initial testing if the patient is 45 years old or younger and the initial ALT level was less than two (2) times the normal laboratory value.

4. All inmate-patients shall be informed of their test results by the primary care provider (PCP). If test result is positive for HCV the inmate-patient shall be informed in a face-to-face meeting with the PCP.

5. All inmate-patients who have positive PCR test results shall proceed to Phase II.

6. Phase I terminates and Phase II begins on the date the inmate-patient is informed of his or her positive HCV test result.

7. The anticipated time period for an inmate-patient to complete Phase I is three (3) months.

B. *Phase II: Initial Management After Diagnosis of HCV*

1. Inmate-patients who have a positive PCR test result shall be followed in the HCV Clinical Management Program and shall have a *Hepatitis C Diagnostic/Pre-Treatment Flow Sheet (Phase I & II)* and a *Hepatitis C Clinical Evaluation Form* initiated. Refer to Attachments E and F.

2. Inmate-patients followed in the HCV Clinical Management Program shall receive a *Hepatitis C Patient Information* handout and *General Instructions for Hepatitis C Patients* handout. Refer to Attachments A and B.

3. Inmate-patients who require vaccination against hepatitis A and/or hepatitis B shall have the vaccination series completed no later than six (6) months after the start of phase II.

4. During the evaluation process possible contraindications to effective therapy shall be assessed since the intent is to enable medically eligible patients to complete a course of monitored therapy, if tolerated. Refer to Attachment C

5. Genotype testing shall be done before consideration for liver biopsy since this impacts eligibility for receiving combination therapy related to remaining length of incarceration time.

6. A liver biopsy shall not be done and combination therapy shall not be started if the patient is expected to be released or paroled before the entire process can be completed. Refer to Attachment C

7. Inmate-patients 45 years old or younger undergoing the initial evaluation shall have three (3) consecutive ALT tests performed at least one month apart and within a period of no greater than three (3) months, unless one of these, or any previous ALT tests, is documented to be two (2) times normal or greater.

8. Inmate-patients 45 years old or younger with ALT levels elevated to less than two (2) times normal laboratory values for all three (3) consecutive ALT tests performed as required in Phase II, Item 7, are not eligible for combination therapy; however, they shall have a repeat ALT test at least once a year.

9. Inmate-patients older than 45 years of age do not require elevated ALT levels to be considered for liver biopsy.

10. Inmate-patients eligible for HCV treatment shall be offered testing for the presence of HIV infection and counseling. Although HIV testing is not mandatory to be considered for a liver biopsy and HCV treatment and although HIV co-infection with HCV is not common among inmate-patients in the CDC system, the presence of HIV sero-positivity may change treatment decisions related to the liver biopsy results and HIV infection.

11. Inmate-patients who previously received appropriate combination therapy for HCV but relapsed, or who did not respond to the therapy are currently not candidates for re-treatment.

12. Inmate-patients who previously received appropriate combination therapy for HCV but have findings consistent with re-infection or indications suggesting current or recent substance abuse are not candidates for re-treatment.

13. Inmate-patients not eligible for combination therapy shall have this decision thoroughly discussed with them by the PCP. If the sole reason for ineligibility is a Time to Parole Exclusion, the PCP shall advise the inmate-patient that if his/her parole date changes, the inmate-patient should file a *Request for Health Care Services* form CDC 7362 for an appointment to inform the PCP of the parole date change. There will be no co-pay charge for this appointment. The discussion of ineligibility shall be documented in the Unit Health Record (UHR).

14. Inmate-patients who do not wish to be treated currently with combination therapy or who are not eligible for combination therapy shall continue to be followed every six (6) to twelve (12) months through the HCV Clinical Management Program and advised of new treatment options, as they become available. Inmate-patients who are paroling shall receive Attachment M and a copy of Attachments E and F.

15. A referral to an appropriate medical specialist and/or the Medical Authorization Review (MAR) HCV Sub-committee may be considered for inmate-patients with issues regarding treatment eligibility or clinical management.

16. Once counseling has been provided, documentation of the discussion shall be recorded in the UHR and the various steps in the diagnostic and therapeutic process shall be documented using the form shown in Attachment E.

17. To qualify for a liver biopsy and combination therapy an inmate-patient's parole date shall occur at least *10 or 16 months* from the time the PCP refers the patient for a liver biopsy by completing the *Request for Services* form CDC 7243, depending on genotype. Inmate-patients with genotype 2 or 3 with less than *ten (10) months* to parole from the time the PCP refers the patient for a liver biopsy by completing the *Request for Services* form CDC 7243, and inmate-

patients with genotype 1, 4 or 6 with less than *sixteen (16) months* to parole from the time the PCP refers the patient for a liver biopsy by completing the *Request for Services* form CDC 7243 do not qualify for biopsy and combination therapy.

18. Inmate-patients eligible for HCV treatment shall have the following issues discussed: the reasons and requirement for a liver biopsy; the requirement for a signed treatment contract; possible medical therapies; possible side effects related to treatment, and treatment success rates. Refer to Attachment A and D.

19. Inmate-patients who agree to treatment shall have signed contracts in their UHR in order to proceed to Phase III. Refer to Attachment G.

20. At the time the inmate-patient signs the HCV biopsy and treatment contract, the PCP shall refer the inmate-patient for a liver biopsy by completing a *Request for Services* form CDC 7243.

21. Except for those inmate-patients 45 years old or younger with ALT levels elevated to less than two (2) times normal laboratory values during testing required in phase II section 8, the anticipated time period for an inmate-patient to complete Phase II is two (2) months. This excludes the hepatitis A and/or hepatitis B vaccination process as it may take up to six (6) months to complete the series.

*C. Phase III: Staging by Liver Biopsy and Combination Therapy*

1. Inmate-patients being considered for liver biopsy shall have their cases reviewed by the MAR HCV Sub-committee.

2. Inmate-patients referred to the MAR HCV Sub-committee shall have had a *Hepatitis C Diagnostic/Pre-Treatment Flow Sheet* and a *Hepatitis C Clinical Evaluation Form* completed prior to the referral. Refer to Attachments E and F.

3. The MAR HCV Sub-committee may request that the PCP obtain additional consultations or studies prior to approval for a liver biopsy.

4. Inmate-patients referred to the MAR HCV Sub-committee shall have a thorough review of their mental health history documented in the UHR by a mental health clinician. Refer to Attachment H.

5. Inmate-patients who are otherwise eligible for a liver biopsy and agree to a liver biopsy and have a signed *Biopsy and Treatment Contract* shall have a liver biopsy approved and scheduled.

# EXHIBIT B

CARLOS HERRERA
DOB 4/18/72

# HCV PROBLEM LIST

Allergy:

| MAJOR PROBLEMS | DATE |
|---|---|
| HCV (+) | |
| Ascites/Varices/ Encephalopathy | |
| | |
| | |
| | |
| | |
| 134 | 2-04 |
| Ferma | 163 |

| SCREENING TESTS | | VACCINE |
|---|---|---|
| HAV Vaccine | Immune/Nonimmune | YES/NO |
| HBV | Immune/Nonimmune | YES/NO |
| ANA | +(-) Titer | |
| HGB | | |
| CREATININE | | |
| INR | | |
| HIV CD4 | | |
| HCV VIRAL LOAD | 4,270,706 | |
| GENOTYPE | 1 | |

ROUTINE LABS (Liver panel every 3-6 months, others 6-12 months)

| DATE | 11/16/05 | 12/20/05 | 1/16/06 | 10/20/06 | 11/30/06 | 11/30/06 | 7/20/07 | 8/22/07 | 9/20/07 |
|---|---|---|---|---|---|---|---|---|---|
| WBC | | | | | | | | | |
| HGB | | | | | | | | | |
| PLT | | | | | | | | | |
| LIVER PANEL AST | 63 | 43 | 78 | 27 | 27 | 27 | 48 | | |
| ALT | 192 | 99 | 159 | 64 | 98 | 98 | 140 | 103 | 114 |
| ALB | | | | | | | | | |
| BILIRUBIN | | | | | | | | | |

COPY

| TEST | DATE | RESULT |
|---|---|---|
| Biopsy | | |
| U/S* | | |
| AFP* | | |

*In patients with cirrhosis.

NAME: Herrera
CDC#: H27866

EXHIBIT C

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS

**HEALTH CARE SERVICES REQUEST**
CDC 7362 (New 10/94)

№ 885725

*You may be charged $5.00 for each health care visit*

| NAME: Last | First | MI | CDC NUMBER: |
|---|---|---|---|
| Herrera | Carlos | — | H27866 |
| YARD/BUILDING/BUNK: A-5 222 | ESTIMATED PAROLE DATE: 2010 | | JOB CODE NUMBER: — |
| WORK/OTHER ASSIGNMENT: NONE | WORK HOURS FROM: TO: | | DAYS OFF: |

A8

**Check the box or boxes below to tell us why you want to see health care staff. In the lined area below, write down anything else you want health care staff to know.**

| | | | |
|---|---|---|---|
| ☐ Stomach Ache | ☐ Seizure | ☐ Feeling Depressed | ☐ Diabetic |
| ☐ Headache | ☐ Coughing | ☐ Hearing Voices | ☐ Asthma |
| ☐ Indigestion | ☐ Fever/Chills | ☐ Can't Sleep | ☐ TB Care |
| ☐ Vomiting | ☐ Chest Pain | ☐ Want to Hurt Myself/Others | ☐ OB/GYN |
| ☐ Diarrhea | ☐ Urinary Problems | ☐ Rash? Where ______ | ☐ Toothache |
| ☐ Dizziness | ☐ Medication Refill What medicine? ______ | ☐ Pain? Where ______ | ☐ Other Dental Problems |

**How long have you been feeling this way?** ☐ 1-2 days ☐ 3-4 days ☒ 5+ days

**Other problems not listed above:** I WISH TO BE PLACED ON THE PROGRAM TO TREAT MY HEPATITUS.

Carlos Herrera
Signature of Inmate Patient

5/5/04
Date of Signature

(R) 5-18-04

Take this form to the clinic window or any other location designated for health care.
You will be notified of the date and time of your appointment.
A copy of this form will be sent to you after your appointment.
**If you do not complete all of the above information, your appointment may be delayed.**

**COPAYMENT INFORMATION - TO BE FILLED OUT BY DEPARTMENTAL STAFF**

1. ☐ Visit was for an emergency.
2. ☐ Visit was for diagnosis or treatment of a communicable disease condition. (See Title 17, Chapt. 4, Subchapt. 1, Sect 2500 CCR)
3. ☐ Visit was for mental health services.
4. ☒ Visit was a follow-up requested by the clinician.
5. ☐ Visit was for state mandated evaluation or treatment (e.g., Annual TB tests).
6. ☐ Visit was for reception screening and evaluation only.
7. ☐ Visit is NOT exempt from copayment. Send PINK copy to Inmate Trust Office.

Signature of Treating Clinician Printed Name Date of Signature

COPY

**DISTRIBUTION:**

ORIGINAL-Health Services File
YELLOW-Pharmacy
PINK-Inmate Trust
GOLDENROD-Inmate/Patient

 № 308621

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☒ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| CARLOS HERRERA | H27866 | ~~AT 125~~ AY 108U |

| PATIENT SIGNATURE | DATE |
|---|---|
| Carlos Herrera | 12/29/04 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I AM REQUESTING TO BE PLACED ON TREATMENT PROGRAM FOR MY HEPATITIS C. (PEGASIS)

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| | |
|---|---|
| **Date / Time Received:** 12/31/04 0915 | **Received by:** [illegible] |
| **Date / Time Reviewed by RN:** 12/31/04 0915 | **Reviewed by:** [illegible] |

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10

O: T: P: R: BP: WEIGHT:

needs CCP UTL chart

A:

P: ? last CCP appt

☐ **See Nursing Encounter Form**

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☒ |
|---|---|---|---|

| | |
|---|---|
| REFERRED TO PCP: | DATE OF APPOINTMENT: |
| COMPLETED BY | NAME OF INSTITUTION |

COPY

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| J. UPLAND RN | J. Upland RN | 1/13/05 0815 |

[redacted]



Nº 505501

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

DEPARTMENT OF CORRECTIO

# HEALTH CARE SERVICES REQUEST FORM

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

**REQUEST FOR:** MEDICAL ☒ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| CARLOS HERRERA | H27866 | C2-215 |
| PATIENT SIGNATURE: Carlos Herrera | | DATE: JULY 18, 2006 |

**REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)** AROUND JANUARY 2006 I WAS SCHEDULED FOR A LIVER BIOPSY TO SEE IF I NEED TO BE PUT ON INTERFERON AND RIBAVIRIN. ITS NOW JULY AND I HAVENT BEEN CALLED IN FOR ANYTHING CONCERNING MY HEPATITIS C. CAN YOU PLEASE EXPLAIN THE LONG DELAY.

***NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM O BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM***

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| | |
|---|---|
| Date / Time Received: 7/18/06 1800 | Received by: [signature] |
| Date / Time Reviewed by RN: | Reviewed by: |

**S:** **Pain Scale:** 1 2 3 4 5 6 7 8 9 1

**O:** T: P: R: BP: WEIGHT:

**A:**

**P:**

☐ See Nursing Encounter Form

**E:**

| | | | |
|---|---|---|---|
| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) |
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

COPY

CDC 7362 (Rev. 03/04) Original - Unit Health Record Yellow - Inmate (if copayment applicable) Pink - Inmate Trust Office (if copayment applicable) Gold -

State of California Department of Corrections and Rehabilitation

# Memorandum

Date : November 16, 2007

To : HERRERA, H27866
FCB4-228

Subject : **LOST APPEAL**

Kern Valley State Prison
Facility C, Building 4

During July 2007, you submitted an informal level appeal regarding your request for a liver biopsy. This appeal has been lost. If your appeal issue has not been resolved please submit a new CDC 602, Inmate/Parolee Appeal Form, by completing Section A and B stating only your original complaint and original request. Send the CDC 602 to the Health Care Appeals along with this letter and your appeal will be processed.

M. Tolano

M. TOLANO
Health Care Appeal Analyst
Kern Valley State Prison

EXHIBIT D

CMS 3.3

# Doctors Hospital of Manteca

Tuesday, May 31, 2005
4:09:38 PM

*Confidential peer review document containing information developed for the purpose of evaluating and improving the quality and efficiency of health care and reducing morbidity and mortality. Protected from discovery/disclosure pursuant to all applicable State and Federal statutes.*

TENET

## Clinical Review Report

Data From 5/27/2005 to 5/31/2005

| | | | |
|---|---|---|---|
| **Patient:** | HERRERA, RICHARD | **Admit:** | 5/27/2005 |
| **Med Rec #:** | 277451 | **D/C:** | |
| **Acct #:** | 8583320 | | |
| **Soc Sec#:** | 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 | **DOB:** | 5/20/1981 |

**Nursing Station:** CU **Room/Bed No:** 0202 / A **Transfer to Facility:**
**Admit Source:** **Work DRG:** 0 **Exp LOS:** 0
**Admit Diag:** ANEMIA **Level of Care:**
**Admit Phys:** 00050 Wolf, Karl **Phone:**
**Attending Physician:** 00050 Wolf, Karl **Phone:**
**Referring Physician:** **Phone:**
**Insurance:** CA STATE PRISON SACR **Contact:**
**Phone:** **Fax:** **Ref. No.:**
**Assigned To:** ROSE DEN HOE **Rev By:** ROSE DEN HOED **Next Rev:** 6/1/2005
**Comments:**

### Vitals

| Date | T | P | R | BP | Height | Weight | O2 | Diet |
|---|---|---|---|---|---|---|---|---|
| 5/27/2005 | | | | / | 5 Ft 0 In | 176 Lbs 0 Oz | | |

### Allergies

| Date | Code | Description |
|---|---|---|
| 5/27/2005 | 0000000 | NO KNOWN DRUG ALLERGIES |

### Medications

COPY

| Start Date | Stop Date | Drug | Dose Freq | Volume | Route | Rate |
|---|---|---|---|---|---|---|
| 05/31/2005 21:00 | | DEPAKOTE | 1000 MG BID | 4 TAB | PO | |
| 05/31/2005 14:00 | | OSMOLITE | 0 TID | 240 ML | PO | |
| 05/31/2005 12:00 | | DEXTROSE 5%/NACL 0.45% | 0 | 1000 ML | IV | 100 ML/HR |
| | | POTASSIUM CHLORIDE | 40 MEQ | 20 ML | | |
| 05/31/2005 9:00 | | COUMADIN | 5 MG BID | 1 TAB | PO | |
| 05/31/2005 9:00 | | COGENTIN | 1 MG BID | 1 TAB | PO | |
| 05/31/2005 9:00 | | LOVENOX | 80 MG QD | 0.8 ML | SQ | |
| | | DOSE=1MG/KG , D/C LOVENOX WHEN INR>2.0 | | | | |
| 05/31/2005 9:00 | | LEVAQUIN | 500 MG QD | 1 TAB | PO | |
| 05/30/2005 14:00 | | FERROUS SULFATE | 325 MG TID | 1 TAB | PO | |

RECEIVED CSP/SAC HEALTH CARE MANAGER
-6 JUN 05 13 17

CMS 3.3

# Doctors Hospital of Manteca

Tuesday, May 31, 2005
4:09:38 PM

*Confidential peer review document containing information developed for the purpose of evaluating and improving the quality and efficiency of health care and reducing morbidity and mortality. Protected from discovery/disclosure pursuant to all applicable State and Federal statutes.*

TENET

## Clinical Review Report

Data From 5/27/2005 to 5/31/2005

| | | | |
|---|---|---|---|
| **Patient:** | HERRERA, RICHARD | **Admit:** | 5/27/2005 |
| **Med Rec #:** | 277451 | **D/C:** | |
| **Acct #:** | 8583320 | | |
| **Soc Sec#:** | 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 | **DOB:** | 5/20/1981 |

### Medications

| Start Date | Stop Date | Drug | Dose Freq | Volume | Route | Rate |
|---|---|---|---|---|---|---|
| 05/30/2005 12:00 | | FLAGYL | 500 MG QID | 1 TAB | PO | |
| 05/30/2005 9:00 | | ENTOCORT EC | 9 MG QD | 3 CAP | PO | |
| 05/28/2005 9:00 | | SYNTHROID | 0.025 MG QD | 1 TAB | PO | |
| 05/28/2005 7:00 | | •SODIUM CHLORIDE .9% FLUSH 10ML AFTER MEDS/30ML AFTER LABS | 0 PRN | 10 ML | INJ | |
| 05/27/2005 22:00 | | AZULFIDINE | 500 MG TID | 1 TAB | PO | |
| 05/27/2005 21:00 | | TOPAMAX | 50 MG BID | 2 TAB | PO | |

### Labs - All

#### Chemistry

| | | |
|---|---|---|
| | Procedures: | BUN |
| | Normals: | 6-20 |
| | Units: | mg/dl |
| 5/31/2005 | 5:23:00 AM | 3 L |
| 5/30/2005 | 5:17:00 AM | 4 L |
| 5/29/2005 | 5:33:00 AM | 6 |
| 5/28/2005 | 12:47:00 PM | 6 |
| 5/27/2005 | 3:39:00 PM | 14 |

COPY

#### CV Panel

| | | | |
|---|---|---|---|
| | Procedures: | INR | PTT |
| | Normals: | | < 35 |
| | Units: | | sec |
| 5/31/2005 | 9:42:00 AM | 1.7 | |
| 5/27/2005 | 3:39:00 PM | 1.2 | 33 |

#### Hematology

| | | |
|---|---|---|
| | Procedures: | WBC |
| | Normals: | 4.8-10.8 |
| | Units: | /cmm |
| 5/31/2005 | 5:23:00 AM | 7.6 |
| 5/30/2005 | 5:17:00 AM | 8.4 |
| 5/28/2005 | 11:56:00 PM | 8.7 |
| 5/28/2005 | 12:47:00 PM | 7.4 |
| 5/27/2005 | 9:20:00 PM | 6.5 |
| 5/27/2005 | 3:39:00 PM | 8.1 |

RECEIVED USP-SAC HEALTH CARE MANAGER
-6 JUN 05 13 18

CMS 3.3

# Doctors Hospital of Manteca

Tuesday, May 31, 2005
4:09:38 PM

*Confidential peer review document containing information developed for the purpose of evaluating and improving the quality and efficiency of health care and reducing morbidity and mortality. Protected from discovery/disclosure pursuant to all applicable State and Federal statutes.*

TENET

## Clinical Review Report

Data From 5/27/2005 to 5/31/2005

**Patient:** HERRERA, RICHARD **Admit:** 5/27/2005
**Med Rec #:** 277451 **D/C:**
**Acct #:** 8583320
**Soc Sec#:** 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 **DOB:** 5/20/1981

### Remaining Labs

| | Procedures: | ALB | ALKP | ALT | AST | BASO ABS | BASO% | CA | CL |
|---|---|---|---|---|---|---|---|---|---|
| | Normals: | 3.2-5.2 | 40-129 | 8-63 | 10-34 | 0.0-0.2 | 0.2-1.0 | 8.4-10.2 | 96-108 |
| | Units: | gm/dl | U/L | U/L | U/L | /cmm | % | mg/dl | mmol/L |
| 5/31/2005 | 5:23:00 AM | 0.8 R | 66 | 6 L | 8 L | 0.0 | 0.1 L | 6.7 C | 112 H |
| 5/30/2005 | 5:17:00 AM | 0.9 R | 78 | 6 L | 8 L | 0.0 | 0.1 L | 6.6 C | 113 H |
| 5/29/2005 | 5:33:00 AM | 1.2 R | 81 | 7 L | 11 | | | 6.2 C | 111 H |
| 5/28/2005 | 12:47:00 PM | 1.2 R | 96 | 6 L | 9 L | 0.0 | 0.2 | 6.8 C | 111 H |
| 5/27/2005 | 3:39:00 PM | 1.2 R | 104 | 8 | 10 | 0.0 | 0.3 | 7.1 L | 108 |

### Remaining Labs Cont.

| | Procedures: | CO2 | CREAT | EOS ABS | EOS% | GLU | HCT | HGB | K |
|---|---|---|---|---|---|---|---|---|---|
| | Normals: | 26-31 | 0.7-1.2 | 0.0-0.7 | 0.9-2.9 | 70-105 | 42.0-52.0 | 14.0-18.0 | 3.3-5.1 |
| | Units: | mmol/L | mg/dl | /cmm | % | mg/dl | % | g/dl | mmol/L |
| 5/31/2005 | 5:23:00 AM | 22 L | 0.5 L | 0.1 | 0.9 | 75 | 31.0 L | 10.1 L | 4.1 |
| 5/30/2005 | 5:17:00 AM | 23 L | 0.5 L | 0.1 | 1.3 | 81 | 30.8 L | 9.9 L | 4.1 |
| 5/29/2005 | 5:33:00 AM | 20 L | 0.5 L | | | 67 L | | | 2.7 R |
| 5/28/2005 | 11:56:00 PM | | | | | | 36.4 L | 11.8 L | |
| 5/28/2005 | 12:47:00 PM | 25 L | 0.5 L | 0.1 | 1.2 | 72 | 33.7 L | 11.0 L | 4.2 |
| 5/27/2005 | 9:20:00 PM | | | | | | 23.0 L | 7.4 R | |
| 5/27/2005 | 3:39:00 PM | 23 L | 0.5 L | 0.0 | 0.4 L | 81 | 25.3 L | 8.0 L | 4.0 |

### Remaining Labs Cont..

| | Procedures: | LYMPH AB | LYMPH% | MONO ABS | MONO% | NA | NEUT ABS | NEUT% | PLT |
|---|---|---|---|---|---|---|---|---|---|
| | Normals: | 1.2-3.4 | 20.5-45.5 | 0.1-0.6 | 5.5-11.7 | 133-145 | 1.4-6.5 | 43.0-65.0 | 130-400 |
| | Units: | /cmm | % | /cmm | % | mmol/L | /cmm | % | cmm |
| 5/31/2005 | 5:23:00 AM | 2.0 | 25.7 | 0.9 H | 11.9 H | 135 | 4.6 | 61.4 | 314 |
| 5/30/2005 | 5:17:00 AM | 2.0 | 23.6 | 1.0 H | 11.4 | 136 | 5.3 | 63.6 | 322 |
| 5/29/2005 | 5:33:00 AM | | | | | 138 | | | |
| 5/28/2005 | 11:56:00 PM | | | | | | | | 185 |
| 5/28/2005 | 12:47:00 PM | 1.4 | 19.4 L | 0.9 H | 12.5 H | 137 | 5.1 | 66.7 H | 472 H |
| 5/27/2005 | 9:20:00 PM | | | | | | | | 464 H |
| 5/27/2005 | 3:39:00 PM | 1.3 | 16.3 L | 1.3 H | 15.5 H | 134 | 5.5 | 67.5 H | 522 H |

COPY

### Remaining Labs Cont...

| | Procedures: | RBC | TBIL | TP | U APPEAR | U BIL | U BLO | U COLOR | U GLU |
|---|---|---|---|---|---|---|---|---|---|
| | Normals: | 4.70-6.10 | 0.0-1.2 | 6.0-8.0 | | NEG | NEG | | NEG |
| | Units: | /cmm | mg/dl | gm/dl | | | | | MG/DL |
| 5/31/2005 | 5:23:00 AM | 3.23 L | 0.2 | 3.7 R | | | | | |
| 5/30/2005 | 5:17:00 AM | 3.17 L | 0.3 | 3.7 R | | | | | |
| 5/29/2005 | 5:33:00 AM | | 0.4 | 4.6 L | | | | | |
| 5/28/2005 | 11:56:00 PM | 3.76 L | | | | | | | |
| 5/28/2005 | 12:47:00 PM | 3.49 L | 0.4 | 4.7 L | | | | | |
| 5/27/2005 | 9:20:00 PM | 2.26 L | | | | | | | |
| 5/27/2005 | 7:25:00 PM | | | | CLEAR | 2+ * | NEG | AMBER * | NEG |
| 5/27/2005 | 3:39:00 PM | 2.48 L | 0.9 | 4.9 L | | | | | |

JUN 05 18

CMS 3.3

# Doctors Hospital of Manteca

Tuesday, May 31, 2005
4:09:38 PM

*Confidential peer review document containing information developed for the purpose of evaluating and improving the quality and efficiency of health care and reducing morbidity and mortality. Protected from discovery/disclosure pursuant to all applicable State and Federal statutes.*

TENET

## Clinical Review Report

Data From 5/27/2005 to 5/31/2005

**Patient:** HERRERA, RICHARD **Admit:** 5/27/2005
**Med Rec #:** 277451 **D/C:**
**Acct #:** 8583320
**Soc Sec#:** 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 **DOB:** 5/20/1981

**Remaining Labs Cont....**

| | Procedures: | U KET | U LEU | U NIT | U PH | U PRO | U SG | U URO |
|---|---|---|---|---|---|---|---|---|
| | Normals: | NEG | NEG | NEG | | NEG | | <=1 |
| | Units: | | | | | MG/DL | | EU/DL |
| 5/27/2005 | 7:25:00 PM | NEG | .NEG | NEG | 5.0 | NEG | 1.025 | 1 |

**Case Notes**
**Date**

5/31/2005 5/31/05---Assessment per Dr Levy doen on 5./27 indicates possible present ecacerbation synmptoms of GI bleding , paleness, or weakness, dark bowel movements, History of previous anemia and GI bleeding and previous transfusions, Hair loss, edema, fermentation was positive, deep tendon reflexes, high TSH, and possible hypothyroidism, History of schizophrenia, Hepatitis B, and history of tobaccco, and alcohol/drug used. Today ---IV therapy continued, levaquin continued, and also SQ lovenox continued.

5/31/2005 5/30/05---IV therapy continued @ 100 ml per hour, levaquin IV Q day, lovenox SQ Q day, Preliminary report of venous doppler indicates minimal prox poplitrieal vein thrombophlebitis, thigh veins are free of clots,

5/31/2005 5/29/05--MD ordered daily CBC's to be done, protonix changed from IV to po today, Venous Dopopler ordered, pl flagyl ordered, levaquin IV started, stool guiaic done--

5/31/2005 5/28/05--1additonal labs ordered and IV therapy @ 100 ml pe rhour, ED and Colonoscopy ordered to be done per Dr Tram,

5/31/2005 5/27/05--Admitted to med/surg tele with diagnosis of Anemia. Orders include IV therapy @ tko rate, labs, protonix IV, Additional orders incldue HCT Q 8 hours, tyep and hold t units of blood, po RX meds, PICC line insertion, EKG, CXR, After PICC line placed, two units PRBC'S given,

COPY

RECEIVED CSP-SAC HEALTH CARE MANAGER
-6 JUN 05 13 18

FROM : DELTA PATHOLOGY FAX NO. :2094778730 Jun. 01 2005 02:00PM P2

FP 12-14 SAC H 27866

# DELTA PATHOLOGY ASSOCIATES

MEDICAL GROUP, INC.
2291 West March Lane, Suite 179E Stockton, CA 95207
(209)477-4432 (888)477-9933

**Patient Name** : HERRERA, Richard
**Patient Phone#** : (916)985-8610
**Patient Age** : 24Y 05/20/1981
**Hospital** : Doctors Hosp Manteca

**Clinician Name** : Tran, Tan, M.D.
**Clinician Route#** : DHM/00

**Accession#** : 05-01556M
**Collected Date** : 05/29/2005
**Received Date** : 05/31/2005
**Completed Date** : 06/01/2005

**MR/ACCT#** : 8583320
**Reference#** : INMATE #P58537

## SPECIMEN TYPE / SOURCE:

A) Gastric tissue
B) Terminal ileum tissue
C) Transverse @ 70
D) Transverse @ 60
E) Transverse @ 50
F) Transverse @ 40

## PRE-OP DIAGNOSIS:

Anemia; GI bleed; ulcerative colitis

## GROSS:

Received in formalin, appropriately labeled, and totally submitted in a single cassette are the following:

Specimen A: Two yellow-tan soft tissue fragments, 0.4 and 0.6 cm. Giemsa stain is ordered to rule out Helicobacter pylori.

Specimen B: Two tan soft tissue fragments, each 0.2 cm

Specimen C: Two red-tan soft tissue fragments, 0.3 and 0.4 cm.

COPY

Specimen D: Four tan soft tissue fragments, 0.2 to 0.3 cm.

Specimen E: Three tan soft tissue fragments from 0.2 to 0.3 cm.

Specimen F: Three tan soft tissue fragments from 0.1 to 0.2 cm.

## MICROSCOPIC:

Specimen A: The gastric mucosa is intact, and the fovea and glands are regular. There is mild chronic inflammation, but there is no active inflammation. The epithelium is free of dysplastic change, and there is no evidence of malignancy. With a good control the Giemsa stain is negative for Helicobacter.

-6- JUN 05 13 19

R.D.LAWRENCE, M.D. J.L.DICKERSON, M.D. A.K.Q.SIU, M.D.,Ph.D. J.K.TILLER-BORCICH, M.D.

**PATHOLOGY/CYTOLOGY REPORT**

# DELTA PATHOLOGY ASSOCIATES

MEDICAL GROUP, INC.
2291 West March Lane, Suite 179E Stockton, CA 95207
(209)477-4432 (888)477-9933

**Patient Name** : HERRERA, Richard
**Patient Phone#** : (916)985-8610
**Patient Age** : 24Y 05/20/1981
**Hospital** : Doctors Hosp Manteca

**Accession#** : 05-01656M
**Collected Date** : 05/29/2005
**Received Date** : 05/31/2005
**Completed Date** : 06/01/2005

**Clinician Name** : Tran, Tan, M.D.
**Clinician Route#** : DHM/00

**MR/ACCT#** : 8583320
**Reference#** : INMATE #P58537

Specimen B: The mucosa from the terminal ileum is intact and has regular crypts. The density of lymphocytes is within normal limits, and there is no active or granulomatous inflammation. There is no dysplasia or malignancy.

Specimens C - F: All four of the biopsies from the transverse colon show irregular crypts with marked chronic inflammation and moderate acute inflammation. There is cryptitis and crypt abscesses, but there are no granulomas. The crypts show reactive epithelial changes. There is no evidence of dysplasia or malignancy. The biopsy from 60 cm has a benign ulcer.

## DIAGNOSIS:

**Specimen A: Gastric biopsy:**
- **Mild chronic gastritis**
- **Special stain negative for Helicobacter**

**Specimen B: Terminal ileum biopsy:**
- **No histologic abnormality**

**Specimen C: Transverse colon at 70 cm, biopsy:**
- **Severe chronic active colitis**

**Specimen D: Transverse colon at 60 cm, biopsy:**
- **Severe chronic active colitis and benign ulcer**

**Specimen E: Transverse colon at 50 cm, biopsy:**
- **Severe chronic active colitis**

**Specimen F: Transverse colon at 49 cm, biopsy:**
- **Severe chronic active colitis**

**(code TX)**

**COMMENT: No dysplasia is identified in any of the biopsies from the transverse colon.**

COPY

-5 JUN 05 13 19
RECEIVED CSP-SAC HEALTH CARE MANAGER

FROM :DELTA PATHOLOGY FAX NO. :2094778730 Jun. 01 2005 02:00PM P4

# DELTA PATHOLOGY ASSOCIATES


MEDICAL GROUP, INC.
2291 West March Lane, Suite 179E Stockton, CA 95207
(209)477-4432 (888)477-9933


| | | | |
|---|---|---|---|
| **Patient Name** | : HERRERA, Richard | **Accession#** | : 05-01556M |
| **Patient Phone#** | : (916)985-8610 | **Collected Date** | : 05/29/2005 |
| **Patient Age** | : 24Y 05/20/1981 | **Received Date** | : 05/31/2005 |
| **Hospital** | : Doctors Hosp Manteca | **Completed Date** | : 06/01/2005 |
| **Clinician Name** | : Tran, Tan, M.D. | **MR/ACCT#** | : 8583320 |
| **Clinician Route#** | : DHM/00 | **Reference#** | : INMATE #P58537 |

Albert Siu

**Albert K.Q. Siu, M.D.**

INTERPRETATION PERFORMED AT: DELTA PATHOLOGY ASSOCIATES
2291 W. MARCH LANE, SUITE 179E STOCKTON, CA 95207 (209)477-4432
ROBERT D. LAWRENCE, M.D., MEDICAL DIRECTOR.

COPY

COPY

RECEIVED CSP-SAC HEALTH CARE MANAGER
-6 JUN 05 13 19

R.D.LAWRENCE, M.D. J.L.DICKERSON, M.D. A.K.Q.SIU, M.D.,Ph.D. J.K.TILLER-BORCICH, M.D.

**PATHOLOGY/CYTOLOGY REPORT**

# EXHIBIT E

# Exclusion Criteria for Combination Therapy*

*No biopsy or treatment* if an early release date: generally less than ten [10] months from the time the primary care provider refers the inmate-patient for a liver biopsy by completing the *Request for Services* form CDC 7243 for genotypes 2 and 3, or less than sixteen [16] months from the time the primary care provider refers the inmate-patient for a liver biopsy by completing the *Request for Services* form CDC 7243 for other genotypes.

---

- An early release date: generally less than ten [10] months from the time the primary care provider refers the inmate-patient for a liver biopsy by completing the *Request for Services* form CDC 7243 for genotypes 2 and 3, or less than sixteen [16] months from the time the primary care provider refers the inmate-patient for a liver biopsy by completing the *Request for Services* form CDC 7243 for other genotypes
- Poorly controlled cardiopulmonary, cerebrovascular or thyroid disease, blood dyscrasias, seizures, cancer, diabetes mellitus (hemoglobin $A_{1c}$ >8.5%), or renal insufficiency (creatinine >2 mg/dL)
- Inmate-patients 45 years old or younger with ALT levels elevated to less than two (2) times normal laboratory values on three consecutive tests, at least one month apart, are not eligible for treatment
- Decompensated cirrhosis – e.g. albumin <3, jaundice, ascites, varices, coagulopathy
- Autoimmune disease
- WBC <1,500/mm³, platelets <75,000/mm³
- Hemolytic anemias, or hemoglobin <11gm/dL or hematocrit <33%
- Solid organ transplantation
- HIV infection w/CD4 Count <300
- Poorly controlled psychiatric/psychological condition
- Serious suicidal behavior in the past 12 months
- History of illicit drug use, alcohol or other substance abuse, or other high risk behaviors currently active or within the past 6-12 months
- Inability to cooperate with treatment
- Inability to give informed consent
- Age >60 years
- Pregnancy – a pregnancy test is required prior to initiating therapy

*Refer to drug manufacturer's warnings in addition to highlighted contraindications

EXHIBIT F

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date: APR 29 2008

In re: Carlos Herrera, H27866
Kern Valley State Prison
P.O. Box 6000
Delano, CA 93216

IAB Case No.: 0707834 Local Log No.: KVSP-07-00943

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner C. Hall, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

I **APPELLANT'S ARGUMENT:** It is the appellant's position on January 21, 2003, the first blood test confirmed that he had contracted Hepatitis "C" Virus (HCV). As a result, a series of other blood tests were completed and all reports have been placed within his Unit Health Record. The appellant alleges the HCV is progressing and is causing irreparable damage to his liver. The appellant further contends the explanation for being denied interferon treatment was inadequate, evasive and dishonest. The appellant is requesting a full written report on his liver damage caused by HCV and why Interferon therapy will not help him. In addition, the appellant is requesting that this report be signed by the Chief Medical Officer.

II **SECOND LEVEL'S DECISION:** It is the institution's position the appellant was interviewed by G. Moonga, Registered Nurse, on August 19, 2007. Results of the inquiry revealed the appellant was evaluated by Dr. Lopez on July 25, 2007, and liver function tests (LFT) were prescribed. The appellant returned to the HCV clinic on August 22, 2007, and additional LFTs were prescribed and a follow-up appointment was scheduled. The appellant has been closely monitored by Dr. Lopez, the HCV physician; however, it was deemed medically unnecessary for Interferon to be prescribed at that time. The appellant was directed to address this decision with the HCV physician during his next scheduled follow-up appointment.

III **DIRECTOR'S LEVEL DECISION:** Appeal is denied.

A. **FINDINGS:** The appellant contends he has been denied HCV treatment although he alleges his condition is progressing and causing irreparable damage to his liver. The appellant is currently under the clinical management of Dr. Lopez, HCV specialist, who has been monitoring his condition on a monthly basis. During the last several appointments, Dr. Lopez did not prescribe Interferon therapy; however, the appellant was encouraged to address this decision during his next scheduled HCV appointment. The appellant is reminded the California Code of Regulations, Title 15, Section (CCR) 3354 establishes that only qualified medical personnel shall be permitted to diagnose illness and/or other conditions, and prescribe medical treatment for inmates. It is not appropriate to self-diagnose medical problems and expect a physician to implement the appellant's recommendation for a course of medical treatment. In this particular matter, the appellant's contention that he has not received adequate medical care is refuted by the medical records and professional health care staff familiar with the appellant's medical history. In addition, the Department shall only provide medical services for inmates which are based on medical necessity and supported by outcome data as effective medical care. In the absence of available outcome data for a specific case, treatment will be based on the judgment of the physician that the treatment is considered effective for the purpose intended and is supported by diagnostic information and consultations with appropriate specialists. After review, there is no compelling evidence that warrants intervention at the Director's Level of Review, as the appellant has been evaluated by health care staff and has received the treatment deemed medically necessary

B. **BASIS FOR THE DECISION:**
CCR: 3350, 3350.1, 3350.2, 3354

C. **ORDER:** No changes or modifications are required by the Institution.

CARLOS HERRERA, H27866
CASE NO. 0707834
PAGE 2

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc: Warden, KVSP
Health Care Manager, KVSP
Appeals Coordinator, KVSP
Health Care Appeals Coordinator, KVSP

TO: CHIEF MEDICAL OFFICER

2ND

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region 1. KVSP-O 2.

Log No. 1. 07-00943 2.

Category 8

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| CARLOS HERRERA | H27866 | UNASSIGNED | C-4-117 |

A. Describe Problem: ON 1/21/03 THE FIRST BLOOD TEST CONFIRMED THAT I HAD CONTRACTED THE HEPATITUS C VIRUS. A SERIES OF BLOOD TEST WERE CONDUCTED BETWEEN 1/21/03 TO 10/31/06. ALL MEDICAL REPORTS CONCERNING MY HEPATITUS C HAVE BEEN PLACED IN MY MEDICAL FILE BY MEDICAL STAFF.

CONSIDERING THE REPORTS IT IS EVIDENT THAT THE HEPATITUS C VIRUS IS STEADILY PROGRESSING CAUSING IRREPARABLE DAMAGE TO MY LIVER. I'VE CONTINUELLY REQUESTED TREATMENT BETWEEN 2004-2007. THESE REQUESTS SHOW A PATTERN THAT I'VE BEEN SEEKING ~

If you need more space, attach one additional sheet. — ADDITIONAL SHEET ATTACHED —

Kern Valley State Prison Facility C, Building

B. Action Requested: FULL TREATMENT OF MY HEPATITUS C WITH INTERFERON. IF TREATMENT IS NOT GIVEN I RESPECTFULLY REQUEST A FULL EXPLANATION WHY.

Inmate/Parolee Signature: Carlos Herrera    Date Submitted: 2/5/07

RECEIVED FEB -4 2008 INMATE APPEALS BRANCH

C. INFORMAL LEVEL (Date Received: ____________)

Staff Response:

BYPASS

Staff Signature: ____________    Date Returned to Inmate: ____________

RECEIVED SEP 17 2007 INMATE APPEALS BRANCH

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

AC

Signature: ____________    Date Submitted: ____________

RECEIVED NOV 29 2007 INMATE APPEALS BRANCH

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

RECEIVED JAN 1 0 2008

RECEIVED OCT 2 9 2007

RECEIVED

to know why.

First Level ☐ Granted ☒ P. Granted ☐ Denied ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 5/3/07 Due Date: 6/8/07

Interviewed by: L. Bluford, Regional MAR on 6/26/07 in person. Prior to the interview, a review of the appellant's medical file was done. He added to the appeal other inmates are receiving Interferon & he is not. He was informed Interferon therapy is determined on an individual basis due to results of liver function test. His last LFT was normal done 11/30/06. Appeal request for Interferon, Granted, Request

Staff Signature: L. Bluford L. Bluford, Regional Medical Appeals Analyst Date Completed: 6/26/07

Division Head Approved: Returned

Signature: Title: A.W. Date to Inmate: 6/28/07

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response: L. BLUFORD EXPLANATION ON WHY I AM BEING DENIED TREATMENT WAS INADEQUATE. BLUFORD ONLY STATED THAT TREATMENT WOULD CAUSE DEATH. SHE WAS UNABLE TO ANSWER MY QUESTIONS, SHE WAS EVASIVE & DISHONEST. I STILL SEEK INTERFERON THERAPY. IF NOT GIVEN I REQUEST A FULL WRITTEN REPORT ON MY LIVER DAMAGE CAUSED BY THE HEPATITIS C AND HOW AND WHY INTERFERON THEREPY WILL NOT HELP ME. SIGNED BY CHIEF MEDICAL OFFICER

Signature: Carlos Herrera Date Submitted: 7/2/07

Second Level ☐ Granted ☒ P. Granted ☐ Denied ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: Due Date:

☒ See Attached Letter

Kern Valley State Prison Facility C Building 4

Signature: [signature] Date Completed: 8-29-07

Warden/Superintendent Signature: [signature] Date Returned to Inmate: 8-31-07

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

ACCORDING TO (MMWR) MORBIDITY AND MORTALITY WEEKLY REPORT PUBLISHED BY (CDC) CENTER FOR DISEASE CONTROL AND PREVENTION AND U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES 1/24/03 pg. 15 "ANTIVIRAL THERAPY IS RECOMMENDED FOR PERSONS WITH PERSISTENTLY ELEVATED ALT LEVELS. DETECTABLE HCV RNA AND A LIVER BIOPSY THAT INDICATES EITHER PORTAL OR BRIDGING FIBROSIS OR MODERATE DEGREES OF → SEE EXTRA PAGE

Signature: Carlos Herrera Date Submitted: 9/10/07

11/18/07

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☒ Denied ☐ Other

☒ See Attached Letter

APR 29 2008

Date:

CDC 602 (12/87)

0707834

FIRST LEVEL

TREATMENT. I'VE BEEN DENIED EACH TIME. DOCTORS STATING PROTOCOL MAKES ME INELIGIBLE.

ALSO INCLUDED IN MY MEDICAL FILE ARE COPIES OF ANOTHER INMATES PATHOLOGY/CYTOLOGY REPORTS. THIS LEADS ME TO BELIEVE THAT THE DOCTORS DIAGNOSIS AND DENYING ME TREATMENT MAY NOT BE WELL GROUNDED AND SHOWS INCOMPETENCE ON THIS SERIOUS AND CRITICAL ISSUE.

CONSIDERING THE FACT$ THAT I HAVE HEPATITUS C. THAT THE DISEASE IS PROGRESSING, THAT I HAVE REQUESTED TREATMENT SINCE 2004. TH[illegible] INMATES MEDICAL FILE IS MIXED [illegible] MY MEDICAL FILE COMPELS ME TO BELIEVE THAT THE ACTIONS OF MEDICAL STAFF HAVE SHOWED A CLEAR ACT OF DELIBERATE MEDICAL INDIFFERENCE TO MY HEALTH AND SAFETY GUARANTEED ME BY THE U.S. 8TH AMMENDMENT.

Kern Valley State Prison
Facility C, Building 4

DIRECTORS LEVEL

OF INFLAMMATION AND NECROSIS. I DO HAVE ELEVATED ALT LEVELS AND DETECTABLE HCV RNA. I HAVE NOT HAD A LIVER BIOPSY TO DETERMINE IF I SUFFER PORTAL OR BRIDGING FIBROSIS OR MODERATE DEGREES OF INFLAMMATION AND NECROSIS. BUT EVEN WITHOUT A LIVER BIOPSY IT IS CLEAR TO ASSUME LIVER INFLAMMATION BY THE ELEVATED ALT AND AST LEVELS, ALT BEING ALANINE AMINOTRANSFERASE AND AST BEING ASPARTATE AMINOTRANSFERASE.

LIVER BIOPSY RESULTS REVEAL INFORMATION REGARDING THE EXTENT OF FIBROSIS (STAGING) AND DEGREE OF HEPATIC INFLAMMATION, (GRADING) THUS HELPING THE PATIENT AND PROVIDER DECIDE ON THE COURSE AND URGENCY OF TREATMENT THERAPY. THE 2002 NATIONAL INSTITUTES OF HEALTH STATED APPROXIMATELY 30% OF PATIENTS WITH CHRONIC HCV INFECTION HAVE NORMAL ALT LEVELS.

SOME PATIENTS WITH NORMAL ALT LEVELS HAVE ADVANCED FIBROSIS ON LIVER BIOPSYS. CONSIDERING THESE FACTS WITHOUT A LIVER BIOPSY IT IS HARD TO IMAGINE A RIGHT DIAGNOSIS WAS MADE.

I DISAGREE WITH THE REVIEWERS ACTIONS AT THE SECOND LEVEL AND APPEAL TO THE DIRECTORS LEVEL REVIEW. I STILL REQUEST TREATMENT OF CARE FOR HEPATITIS C PEGYLATED INTERFERON/RIBAVIRIN AND ANY OTHER TREATMENT AVAILABLE THAT MAY CONTRIBUTE TO MY WELL BEING. RESPECTFULLY E. GRICEWICH, C. PFEIFFER, W. ADAMS ARE NOT MEDICAL DOCTORS AND ARE NOT QUALIFIED TO MAKE THIS MEDICAL DECISION. [signature] H27866

Kern Valley State Prison
Facility C, Building 4

Mead

State of California — Department of Corrections and Rehabilitation

# Memorandum

Date : January 15, 2008

To : HERRERA
H27866/FCB4-228
Kern Valley State Prison

Subject : **APPEAL LOG # KVSP-O-07-00949**
**AMENDED SECOND LEVEL RESPONSE**

**APPEAL RESPONSE: PARTIALLY GRANTED**

**APPEAL ISSUE:** You contend that the explanation given for denying Interferon treatment was inadequate. You stated that staff's response to your questions was evasive and dishonest.

You request and (1) still seek Interferon treatment; and if not given (2) you request a full written report on your liver damage caused by Hepatitis C and why and how interferon therapy will not help you. You want the report to be signed by the Chief Medical Officer.

**INTERVIEW:** On August19, 2007, you were interviewed by G. Moonga, Registered Nurse, regarding your appeal. You were afforded the opportunity to further explain your issue and to provide any supporting evidence or documents.

**APPEAL RESPONSE:** Your appeal, the attachments, and the California Code of Regulations (CCR), Title 15 have been reviewed.

I also reviewed your Unit Health Record. You were seen by Dr. Lopez, Hep C doctor, on July 25, 2007, and ordered Liver Function Tests (LFT). You returned to the Hep C Clinic for follow-up on August 22, 2007, and more LFTs were ordered. The doctor ordered that you return for further follow-up in one month. You have been closely monitored by the Hep C doctor. The doctor determined not to order Interferon in both cases that you were seen. However, when you see the doctor in one month, ask for an explanation on why you are not treated with Interferon.

**DECISION:** Based on the aforementioned, your appeal is **Partially Granted**.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

S. Zamora
Health Care Manager
Kern Valley State Prison

State of California | Department of Corrections and Rehat

# Memorandum

Date : August 29, 2007

To : HERRERA: H27866
Kern Valley State Prison

Subject : **APPEAL LOG # KVSP-O-07-00943**

**APPEAL RESPONSE : PARTIALLY GRANTED**

**APPEAL ISSUE:** You contend that the explanation given for denying interferon treatment was inadequate. You stated that staff that respond to your questions was evasive and dishonest.

You request and (1) still seek interferon treatment; and if not given (2) you request a full written report on your liver damage caused by hepatitis C and why and how interferon therapy will not help you. You want the report to be signed by Chief Medical Officer

**INTERVIEW:** On August 19, 2007 you were interviewed by Moonga, RN regarding your appeal. You were afforded the opportunity to further explain your issue and to provide any supporting evidence or documents.

**APPEAL RESPONSE:** Your appeal, the attachments, and the California Code of Regulations (CCR) Title 15 have been reviewed.

I also reviewed your chart. You were seen by Dr. Lopez, The Hep C doctor on July 25, 2007 and ordered then Liver Function Tests (LFT). You return to the Hep C clinic for follow up on August 22, 2007 and more LFT ordered. The doctor ordered that you return for further follow up in one month. You have been closely monitored by the Hep C doctor. The doctor determined not order interferon in both cases that you were seen.. However, as you see the doctor in one month ask for an explanation on why you are not treated with interferon.

**DECISION**: Based on the above information, your appeal is PARTIALLY GRANTED.

If you are dissatisfied with this decision, you may appeal at another level by following the instructions on your appeal form.

Green Moonga, RN
Kern Valley State Prison

Kern Valley State Prison
Facility C, Building 4

EXHIBIT G

# Exclusion Criteria for Combination Therapy*

- Decompensated cirrhosis. Patients who have decompensated cirrhosis are not candidates for HCV treatment (e.g. INR > 1.5, albumin ≤3.4 g/dL. platelet count < 75,000 k/mm3, hepatic encephalopathy, ascites)
- Duration until discharge date less than 16 months in persons with genotypes 1, 4 and 6 and duration until parole date less than 8 months in persons with genotypes 2 and 3.
- Poorly controlled depression. Patients who have poorly controlled depression and/or active suicidal behavior shall not be treated with interferon. Ribavirin monotherapy is not recommended (*see attachment H, "Hepatitis C Antiviral Treatment Candidate Psychiatric/Psychological Review*).
- Medical conditions. Patients with poorly controlled cardiopulmonary, cerebrovascular or thyroid disease, blood dyscrasias (WBC <1,500/mm$^3$, platelets <75,000/mm$^3$, hemoglobin <11gm/dL or hematocrit <33%), seizures, diabetes mellitus (hemoglobin$_{A1C}$ >8.5%), and those with hemolytic anemia, hemaglobinopathies (thalassemia or sickle cell anemia), cancer, or autoimmune disease.
- Renal, heart, or lung transplantation recipient
- Allergy to interferon or ribavirin
- Patients who are unwilling or unable to abstain from alcohol intake
- Patients who are actively involved in ongoing substance abuse
- Inability to cooperate with treatment
- Inability to give informed consent
- Pregnancy
  - Due to the risk of fetal malformations and fetal death with ribavirin use; a negative pregnancy test is required before treatment consideration.
  - Women of childbearing potential must use two forms of effective contraception during treatment and during the six-month post-treatment.
  - Men whose female partners are pregnant or may become pregnant must use barrier contraception during treatment and during the six-month post-treatment.
- Relative Contraindications
  - Creatinine clearance < 50 ml/min or serum creatinine > 2.0 is a contraindication to treatment with ribavirin. Patients with renal dysfunction should be considered for treatment with pegylated interferon alfa 2a monotherapy at doses modified for renal disease (see under section 11. TREATMENT OF HCV).
  - Nonresponders: Patients who have not adequately responded to previous antiviral therapy by achieving an early virologic response (EVR). In genotypes 1, 4, 5 and 6, an EVR is defined as a 2 log drop in viral load at 12 weeks. In genotypes 2 and 3, an EVR is defined as an undetectable viral load at 12 weeks.
    - Patients who were nonresponders to treatment regimens other than pegylated interferon alfa 2a and ribavirin can be considered on a case-by-case basis for treatment with pegylated interferon alfa 2a and ribavirin.
- HIV-related Absolute Contraindicatons
  - CD4 <200
  - Currently under treatment for a major opportunistic infection or malignancy

***Refer to drug manufacturer's warnings in addition to highlighted contraindications**

EXHIBIT H

(b) Prescribe nonselective beta-blocker therapy, such as propranolol or nadolol, for patients with large esophageal varices on endoscopy. The dose of beta-blocker should be titrated weekly to reduce the resting heart rate by 25%, but not below 55 beats/minute or reducing the systolic blood pressure to lower than 90 mm Hg.).

(c) Long-acting nitrates can be added to nonselective beta-blockers in patients who do not respond to beta-blockers alone, but long-acting nitrates should not be used alone.

v) Provide prophylaxis for spontaneous bacterial peritonitis (SBP) with an antibiotic, such as ciprofloxacin or trimethoprim-sulfamethoxazole for patients who are at high risk.

(a) Those with ascites

(b) Those with prior episode of SBP

f) **Transplantation Issues**

i) Liver transplantation is the treatment of choice for patients with hepatic failure from chronic HCV infections.

ii) Due to the lack of available donor organs this option is limited.

iii) Even with transplantation there is a high rate of re-infection and progressive liver disease in the transplanted organ.

iv) Patients with hepatic failure from viral hepatitis shall be assessed on a case-by-case basis.

(a) The Model for End-stage Liver Disease (MELD) score[9]

(i) predicts liver disease severity and the risk of three month mortality based on serum creatinine, serum total bilirubin, and prothrombin time (INR).

(ii) Patients with decompensated cirrhosis should have a MELD score determined to assess mortality risk.

(iii)The MELD score can be calculated by utilizing a calculator provided by United Network for Organ Sharing (UNOS) available at: http://www.unos.org/resources/MeldPeldCalculator.asp?index=98

(iv)Data required includes: date of birth, bilirubin, creatinine, INR and dialysis status.

(v) Patients who have a MELD score of 30 or greater shall be considered for evaluation for transplantation.[10]

(b) Contraindications for transplantation

(i) Mental health instability

(ii) Ongoing substance abuse

(iii)Other life threatening condition

(iv)Inability to adhere to therapy

7) **PRETREATMENT EVALUATION FOR HCV TREATMENT** (see attachment C, "Hepatitis C New Patient Intake and Pretreatment Evaluation")

a) HCV genotype

i) The HCV genotype must be determined prior to pursuing treatment, since the genotype will affect the decision to treat, the duration of treatment, and the recommended drug regimen.

ii) Once the HCV genotype has been determined in a specific patient, repeated genotype testing is not indicated.

iii) Persons monoinfected with HCV genotypes 2 or 3 have a 70% response rate to 24 weeks of pegylated interferon/ribavirin therapy (74% response in those without cirrhosis, 58% in those with compensated cirrhosis). Those coinfected with HIV and HCV genotype 2 or 3 have a 62% response rate to 24 weeks of pegylated interferon/ribavirin therapy.[11-16]

iv) Persons with genotype 1 have a 46% response rate to 48 weeks of pegylated interferon/ribavirin therapy if HCV viral load is >2,000,000 and a 61% response rate if HCV viral load is

<2,000,000. Those coinfected with HIV and HCV genotype 1 have a 29% response rate to 48 weeks of pegylated interferon/ribavirin therapy.[11-17]

b) Complete Blood Count with Differential
c) Liver function tests, including ALT, AST, albumin, alkaline phosphatase, total bilirubin levels, and coagulation studies (PT, PTT, INR).
   i) The greater the ALT level, the more likely it is that a person has significant liver disease; therefore, those with markedly elevated ALT levels shall be prioritized for further evaluation and treatment. However, it must be remembered that even persons with normal ALT levels may have liver disease.
   ii) Serial determinations of ALT levels over time may provide a better means of assessing liver injury, but the accuracy of this approach has not been well documented. Patients who initially have a normal ALT level shall undergo serial measurements over several months to confirm the persistence of normal ALT levels.
d) Serum Creatinine
e) TSH
f) Pregnancy test. HCV treatment is contraindicated in pregnancy.
g) Length of stay
h) Presence of depressive symptoms (see attachment F, "Hepatitis C Antiviral Treatment Candidate Psychiatric/Psychological Review")
i) Presence of cardiopulmonary disease, diabetes, hypertension and thyroid disease
j) Fundoscopic examination for patients at risk for retinal disease, e.g. those with diabetes and/or hypertension
k) Ongoing alcohol ingestion within past 12 months
l) Ongoing injection drug use within past 12 months
m) HIV test
n) CD4 and HIV viral load. In patients co-infected with HIV, CD4 and HIV viral loads tests shall be obtained to determine the stage of HIV disease with CD4 and HIV viral load, and HAART shall be initiated if necessary.

8) **EXCLUSION CRITERIA FOR HCV TREATMENT** (see attachment E, "Algorithm for Hepatitis C Treatment" and G, "Exclusion Criteria for Combination Therapy")
   a) Absolute Contraindications
      i) Decompensated cirrhosis. Patients who have decompensated cirrhosis are not candidates for HCV treatment (e.g. INR > 1.5, albumin ≤ 3.4 g/dL, platelet count < 75,000 k/mm3, hepatic encephalopathy, ascites)
      ii) Duration until discharge date.
         (a) Less than 16 months for HCV-monoinfected persons with genotypes 1, 4 and 6 HIV-infected persons of all HCV genotypes.
         (b) Less than 8 months in HCV-monoinfected persons with genotypes 2 and 3 who will not need a liver biospy.
      iii) Poorly controlled depression. Patients who have poorly controlled depression and/or active suicidal behavior shall not be treated with interferon. Ribavirin monotherapy is not recommended (*see attachment H, "Hepatitis C Antiviral Treatment Candidate Psychiatric/Psychological Review*).
      iv) Medical conditions. Patients with poorly controlled cardiopulmonary, cerebrovascular or thyroid disease, blood dyscrasias (WBC $<1,500/mm^3$, platelets $<75,000/mm^3$, hemoglobin <11gm/dL or hematocrit <33%), seizures, diabetes mellitus (hemoglobin$_{A1C}$ >8.5%), and those with hemolytic anemia, hemaglobinopathies (thalassemia or sickle cell anemia), cancer, or autoimmune disease
      v) Renal, heart, or lung transplantation recipient

EXHIBIT I

Quest Diagnostics
967 Mabury Road
San Jose, CA 95133
1 (408) 2__ __850
1 (800) __ __008
3714 Northgate Blvd.
Sacramento, CA 95834
1 (916) 92__ __00
1 (800) 95__ __91

Patient Name: HERRERA, NG
NOT GIVEN
Age/DOB: M
Sex:
CHART #: H27866
LOCATION: A8208

Client: CALIFORNIA STATE PRISON-SACTO
P.O. BOX 29
FOLSOM, CA 95763

TURELLA,
916-985-8610 EX 6130

Accession No. SM1721763
06/02/04 09:00
Collected: 06/03/04 19:00
Received: 06/10/04 08:10
Reported:
Re-reported:
Report Status: FINAL
Page: 1

| Test Requisition #: 32974 | In Range | Out of Range | Reference | Units | PF |
|---|---|---|---|---|---|
| AGE AND/OR SEX NOT KNOWN. FOR TESTS WITH REFERENCE RANGES WHICH VARY AS A FUNCTION OF AGE OR SEX, WE CANNOT PROVIDE AGE OR SEX-SPECIFIC REFERENCE RANGES. | | | | | |
| HEPATITIS C RNA, QUANT BDNA | | | | | |
| HCV RNA, QUANT, BDNA | | 255700 H | LESS THAN 615 | IU/mL | NI |
| HCV RNA, QUANT, BDNA | | 5.41 H | LESS THAN 2.79 | LogIU/mL | NI |
| This test was performed using the Versant(R) HCV RNA (bDNA) V3.0 kit (Bayer Corporation.) | | | | | |
| HEPATITIS C GENOTYPE LIPA | | | | | |
| HCV GENOTYPE | GENOTYPE 1a | | | | NI |
| This test was developed and its performance characteristics determined by Quest Diagnostics Nichols Institute. It has not been cleared or approved by the U.S. Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary. Performance characteristics refer to the analytical performance of the test. | | | | | |

COPY

PERFORMING SITE

NI - Nichols Institute, 33608 Ortega Hwy., San Juan Cap, CA 92675
R.A. REITZ, MD., 800-642-4657

2004 JUN 10 AM 8 11

LAST PAGE OF REPORT

PHYSICIAN'S AUTOMATED LABORATORY, INC.

DIRECTOR
W.R. SCHMALHORST, M.D.
DIPLOMATE BOARD OF PATHOLOGY
I.R.S.# 95-2763276
C.L.I.A#05D0643479

U.I.D. #: [illegible]4385
PATIENT: HERRERA, CARLOS CDC #H27666
D.O.B.: 04/18/72 AGE: 34 Y
SPEC. #: 11290352
PATIENT PHONE: (661)999-9999
ATT. PHYS.: LOPEZ

COMMENTS:

DATE COLLECTED: 10/25/06 09:30
RECEIVED: 10/25/06 19:11
DATE REPORTED: 10/31/06 07:14

CLIENT: KERN VALLEY STATE PRISON
3000 W CECIL AVE
DELANO, CA
93215

LAB REVIEW: ________

| TEST REQUESTED | TEST RESULTS | ABNORMAL / FLAG | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| ROUTINE | | | | |
| HEPATITIS C BY PCR QUANT | *** | H | IU/ML | |
| 4,270,000 IU/ML | | | | |

NORMAL: HCV RNA NOT DETECTED
LOWER LIMIT OF DETECTION: 50 IU/ML

THIS TEST WAS DEVELOPED AND ITS PERFORMANCE CHARACTERISTICS DETERMINED BY PHYSICIAN'S AUTOMATED LABORATORY, INC. IT HAS NOT BEEN CLEARED OR APPROVED BY THE U.S. FDA. THE FDA HAS DETERMINED THAT SUCH CLEARANCE OR APPROVAL IS NOT NECESSARY. THIS TEST MAY BE USED FOR CLINICAL PURPOSES.

*** REFERENCE COPY ONLY ***

COPY

Sr 11/2/06

OCT 31 '06 AM 7:12

END OF REPORT ON 11290352 PAGE: 2