1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  CARLOS HERRERA,                              CASE NO. 1:08-cv-01882-LJO-SMS PC

10              Plaintiff,                      ORDER REQUIRING PARTIES TO NOTIFY
                                               COURT   WHETHER   A   SETTLEMENT
11       v.                                    CONFERENCE   BEFORE   UNITED   STATES
                                               MAGISTRATE JUDGE CRAIG M. KELLISON
12  C. HALL, et al.,                           WOULD BE BENEFICIAL

13              Defendants.                    TWENTY-DAY DEADLINE

14  _____/

15       This Court has been provided with the opportunity to refer cases for settlement by the

16  Honorable Craig M. Kellison, a United States Magistrate Judge with the Eastern District of

17  California.  Mediation conferences will be scheduled from the end of October through the middle

18  of November.  Plaintiff and Defendants shall notify the Court whether they believe, in good faith,

19  that settlement in this case is a possibility and whether they are interested in having a settlement

20  conference set in this action.[1]

21       Accordingly, within **twenty (20) days** from the date of service of this order, Plaintiff and

22  Defendants shall file a written response to this order.[2]

23

24  IT IS SO ORDERED.

25

26

27  _____

[1] The parties may wish to discuss the issue by telephone in determining whether they believe settlement is feasible.

28  [2] The issuance of this order does not guarantee referral to Judge Kellison, but the Court will make every reasonable attempt to secure the referral should both parties desire a settlement conference with Judge Kellison.

1

1

Dated:    **August 31, 2011**                                    **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28