# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HERRERA,<br><br>             Plaintiff,<br><br>     v.<br><br>C. HALL, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:08-cv-01882-LJO-SMS PC<br><br>ORDER REGARDING SETTLEMENT CONFERENCE<br><br>(ECF Nos. 92, 93, 94) |

On September 1, 2011, an order issued requiring the parties to notify the Court if they were interested in settlement negotiations. On September 21, 2011, Defendants' filed a response stating that settlement is not likely and they are not interested in settlement negotiations. On September 22, 2011, Plaintiff responded that he would request a settlement conference be set.

The Federal Rules of Civil Procedure authorize settlement discussions at any pretrial conference. Fed.R.Civ.P. 16(c)(9). While federal courts have the authority to require the parties to engage in settlement conferences, they have no authority to coerce settlements. Goss Graphic Systems, Inc. v. DEV Industries, Inc., 267 F.3d 624, 627 (7th Cir. 2001.) Defendants have indicated to the Court that they are unwilling to participate in a settlement conference. No settlement conference will be scheduled until such time as *both* parties agree to participate in one. Accordingly, this action will not be referred for settlement discussions.

IT IS SO ORDERED.

**Dated:   September 26, 2011**          /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE