# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HERRERA,<br><br>            Plaintiff,<br><br>    v.<br><br>C. HALL, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:08-cv-01882-LJO-BAM PC<br><br>ORDER VACATING FEBRUARY 16, 2012, HEARING BEFORE THE HONORABLE LAWRENCE J O'NEILL AND SETTING THE TELEPHONIC TRIAL CONFIRMATION HEARING BEFORE THE HONORABLE BARBARA A. McAULIFFE<br><br>TTCH: February 16, 2012, at 8:30 a.m. in Courtroom 8 (BAM) |

Plaintiff Carlos Herrera ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on the first amended complaint, filed June 19, 2009, against Defendant Lopez for deliberate indifference to serious medical needs.[1] Due to a scheduling conflict, the telephonic trial confirmation hearing set for February 16, 2012, at 8:30 a.m. before the Honorable Lawrence J. O'Neill will be heard on February 16, 2012, at 8:30 a.m. in **Courtroom 8 before the Honorable Barbara A. McAuliffe**.

Accordingly, it is HEREBY ORDERED that:

1.  The telephonic trial confirmation hearing set for February 16, 2012, at 8:30 a.m.

---

[1] Defendants Dill and Bluford were dismissed from the action for Plaintiff's failure to effect service of process on August 30, 2010. (ECF No. 65.) On August 10, 2011, Defendants Grannis, Hall, Moonga, and Zamora's motion for summary judgment was granted and D, following sua sponte rescreening of the complaint, Defendants Grannis, Hall, Moonga, and Zamora were dismissed from this action. (ECF No. 89.) On the same date Defendants Turella and Penner were dismissed from this action for Plaintiff's failure to state a cognizable claim against them. (ECF No. 90.)

1

before the Honorable Lawrence J. O'Neill is VACATED;

2. This matter is set for telephonic trial confirmation hearing before the undersigned on **February 16, 2012, at 8:30 a.m.** in Courtroom 8; and

3. Counsel for Defendant is required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559) 499-5789**.

IT IS SO ORDERED.

Dated:   **January 26, 2012**             /s/ **Barbara A. McAuliffe**
                                            UNITED STATES MAGISTRATE JUDGE