# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HERRERA, | CASE NO. 1:08-cv-01882-LJO-BAM PC |
| Plaintiff, | ORDER DIRECTING DEFENDANT TO CONSENT OR DECLINE MAGISTRATE JUDGE JURISDICTION |
| v. | |
| C. HALL, et al., | TEN-DAY DEADLINE |
| Defendants. | |

This action is proceeding on the first amended complaint, filed June 19, 2009, against Defendant Lopez for deliberate indifference to serious medical needs. A telephonic trial confirmation hearing was held on February 16, 2012. During the hearing Defendant Lopez indicated that she would consent to the jurisdiction of the Magistrate Judge. Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to send to Defendant Lopez another copy of the consent/decline form and the instructions for consent to Magistrate Judge jurisdiction; and

2. Within 10 days from the date of service of this order, Defendant Lopez shall complete and return the Consent or Request for Reassignment form.

IT IS SO ORDERED.

Dated:   February 16, 2012                    /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE