FILED

MAY 1 4 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HERRERA,<br><br>          Plaintiff,<br><br>    v.<br><br>SHERRY LOPEZ, M.D.,<br><br>          Defendant. | CASE NO. 1:08-cv-01882-LJO-BAM PC<br><br>NOTICE AND ORDER THAT PLAINTIFF **CARLOS HERRERA, CDC NO. H-27866**, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on May 14, 2012. Plaintiff, Carlos Herrera, CDCR No. H-27866, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 5/14/12

_____
BARBARA McAULIFFE
UNITED STATES MAGISTRATE JUDGE