*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

```
CARLOS   HERRERA,
            Plaintiff,
                                      JUDGMENT IN A CIVIL ACTION
vs.
                                      1:08-CV-01882-BAM-PC

S. LOPEZ,
            Defendant.
_____/
```

   This action came before the Court May 14, 2012   for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

   IT IS HEREBY ORDERED that judgment is entered in this action in favor for Defendant S. Lopez and against Plaintiff Carlos Herrera.

DATED: May 14, 2012

                                      VICTORIA C. MINOR, Clerk

                                      By: /s/ H.A. Herman
                                          Deputy Clerk